Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch Street, Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff: ANTHONY BOUYER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STRIKS PROPERTIES, L.P., a California limited partnership; and DOES 1-10, inclusive<br><br>Defendants. | CASE No.: 2:20-cv-00965-PA-JEM<br><br>**Plaintiff's Application for Default Judgment by Court as to Defendants STRIKS PROPERTIES, L.P.**<br><br>Hon. Percy Anderson<br><br>Date: May 18, 2020<br>Time: 1:30 p.m.<br>Ctrm: 9A |

To Defendant STRIKS PROPERTIES, L.P. and their attorneys of record, if any: Please take notice that on May 18, 2020 at 1:30 p.m. or as soon thereafter as this matter may be heard by this Court located at 350 W. 1st Street, Courtroom 9A, 9th Floor, Los Angeles, CA 90012, Plaintiff Anthony Bouyer will present his application for default judgment against Defendant STRIKS PROPERTIES, L.P. The Clerk has previously entered the default on Defendant STRIKS PROPERTIES, L.P. on March 18, 2020.

At the time and place of the hearing, Plaintiff will present proof of the following matters; (1) Defendant is neither a minor nor incompetent persons nor in

---

PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT

1  military service or otherwise exempted under the Soldier and Sailor's Relief Act of
2  1940; (2) Defendant has not appeared in this action; and (3) Plaintiff is entitled to
3  judgment against Defendant on account of the claims pleaded in the complaint, to wit:
4  a violation of the Americans with Disabilities Act, including violations of the 2010
5  ADAAG Sections 406.5, 406.1, 502.6 and the Unruh Civil Rights Act.

6      Plaintiff seeks an Order directing Defendant to remediate and provide
7  accessibility features that comport with the 2010 ADAAG for the property located at
8  20244 Plummer Street, Chatsworth, CA 91311. Plaintiff further seeks $4,644.00 in
9  attorney fees and costs as set forth in the attached declaration of Joseph R. Manning,
10 Jr. and declaratory relief. This application is based on this notice, the declarations
11 submitted in support of this motion, and other matters which may be presented at the
12 hearing.

13     Notice of this original application for default judgment by court was served on
14 Defendant STRIKS PROPERTIES, L.P. on April 14, 2020, by first class United States
15 Mail, postage prepaid.

17 Dated: April 14, 2020        **MANNING LAW, APC**

19                          By: /s/ *Joseph R. Manning Jr.*
20                             Joseph R. Manning Jr., Esq.
21                             Attorneys for Plaintiff