**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER,<br><br>    Plaintiff,<br><br>   v.<br><br>STRIKS PROPERTIES, L.P.,<br><br>    Defendant. | No. CV 20-00965 PA (JEMx)<br><br>JUDGMENT AND PERMANENT INJUNCTION |

In accordance with the Court's May 1, 2020 Order granting the Motion for Default Judgment filed by plaintiff Anthony Bouyer ("Plaintiff"), it is hereby ORDERED, ADJUDGED, AND DECREED that:

    1.    Plaintiff shall have judgment in his favor and against defendant Striks Properties, L.P. ("Defendant");

    2.    Defendant shall pay to Plaintiff the total amount of $4,644.00 (itemized as attorneys' fees of $4,106.00 and costs of $538.00); and

///

///

3. Defendant is ordered to provide designated parking spaces for persons with disabilities that comply with the Americans with Disabilities Act Accessibility Standards, as well as a curb ramp that complies with the Americans with Disabilities Act accessibility

DATED: May 1, 2020

                                                  Percy Anderson
                                        United States District Judge